**Criminal Case Cover Sheet**               **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** III     **Investigating Agency** IRS

**City** Auburndale     **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Kevin Newman     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Auburndale, MA

Birth date (Yr only): 1950    SSN (last4#): 6139    Sex: M    Race: White    Nationality: United States

**Defense Counsel if known:** Robert Peabody, Esq.     Address: Jackson Lewis P.C.

**Bar Number** 551936               75 Park Plaza, 4th Floor
                                                           Boston, MA 02116

**U.S. Attorney Information:**

**AUSA** Sara Miron Bloom     Bar Number if applicable 552351

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/15/2021     Signature of AUSA: /s/ Sara Miron Bloom

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Kevin Newman

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7201 | Attempt to Evade or Defeat Tax | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____